**No. 09-8894. Lacy Davis, III, Petitioner v. Federal Bureau of Prisons, et al.**

560 U.S. 940, 130 S. Ct. 3354, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4458.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 334 Fed. Appx. 332.